**Dismissed and Opinion Filed May 19, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-22-01171-CR
No. 05-22-01172-CR

**HAROLD GENE MARTINEZ, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 401-85385-2021, 401-85386-2021**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Reichek, and Miskel
Opinion by Justice Partida-Kipness

Before the Court is appellant's May 15, 2023 motion to dismiss appeal.

Appellant signed a declaration attached to the motion stating, "It is my desire to

abandon these appeals" and "I request that the Court dismiss these appeals." We

grant the motion and order the appeals dismissed.

221171f.u05
221172f.u05
Do Not Publish
TEX. R. APP. P. 47.2(b)

/Robbie Partida-Kipness//
ROBBIE PARTIDA-KIPNESS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

HAROLD GENE MARTINEZ,
Appellant

No. 05-22-01171-CR    V.

THE STATE OF TEXAS, Appellee

On Appeal from the 401st Judicial
District Court, Collin County, Texas
Trial Court Cause No. 401-85385-
2021.
Opinion delivered by Justice Partida-
Kipness. Justices Reichek and Miskel
participating.

Based on the Court's opinion of this date, this appeal is **DISMISSED**.


Judgment entered this 19th day of May, 2023.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

HAROLD GENE MARTINEZ, Appellant

No. 05-22-01172-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 401st Judicial District Court, Collin County, Texas Trial Court Cause No. 401-85386-2021.
Opinion delivered by Justice Partida-Kipness. Justices Reichek and Miskel participating.

Based on the Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 19th day of May, 2023.